[No. 38528-3-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
V. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07641-4, Patricia H. Aitken, J., entered
April 8, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38567-4-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
CLEMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00202-6, Steven G. Scott, J., entered May
6, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38604-2-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. OLEN N.
RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-01631-6, Michael Spearman, J., entered
May 6, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38605-1-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN
MOGEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-01378-3, Norma Smith Huggins, J.,
entered April 12, 1996. *Affirmed* by unpublished per
curiam opinion.